IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE |
| v. | NO. 1:10-CR-0102-TCB-JFK |
| DOMINIC SMITH (1), and LA'FREDRIA SMITH (2), | |
| Defendants. | |

**REPORT AND RECOMMENDATION AND ORDER**

At the pre-trial conference on May 18, 2010, the court took under advisement Defendant La'Fredria Smith's Motion [Doc. 45] for a Jackson-Denno Hearing, Motion to Suppress Statements and Motion [Doc. 46] to Suppress Search and Seizure. [Doc. 47]. Defendant La'Fredria Smith later withdrew [Doc. 51] the motion [Doc. 46] to suppress search and seizure.

Defendant Dominic Smith's counsel reported to the Magistrate Judge that there is no need for a pretrial conference; that no pretrial motions were filed; and that there are no problems relating to the scheduling of the trial.

Pending before the court is Defendant La'Fredria Smith's Motion for Jackson-Denno Hearing, Motion to Suppress Statements. [Doc. 45]. Counsel for the parties

AO 72A
(Rev.8/82)

advised the court on August 17, 2010, that the following understanding has been entered between the Government and Defendant. The Government does not intend to use Defendant's statements in the Government's case-in-chief at trial. The Government, however, reserves the ability to use Defendant's statements in all other ways, to include but not limited to, cross-examination, impeachment and rebuttal, *if* Defendant's examination of witnesses or presentation of evidence, including Defendant's testimony if any, at trial opens the door to Defendant's statements. If this case proceeds to trial, and if the Government elects to use Defendant's statements in accordance with this understanding, Defendant La'Fredria Smith may challenge introduction of the statements on the basis of voluntariness and a hearing may be necessary at that time. See Oregon v. Hass, 420 U.S. 714, 95 S. Ct. 1215, 43 L. Ed. 2d 570 (1975); Dickerson v. United States, 530 U.S. 428, 120 S. Ct. 2326, 147 L. Ed. 2d 405 (2000); United States v. Louis, 157 Fed. Appx. 165 (11th Cir. 2005).

For the foregoing reasons, the court **RECOMMENDS** that Defendant La'Fredria Smith's motion [Doc. 45] be **DENIED** as **MOOT**.

There are no other pending matters before the Magistrate Judge, and the undersigned is aware of no problems relating to the scheduling of this case.

AO 72A
(Rev.8/82)

**IT IS THEREFORE ORDERED and ADJUDGED** that this action be, and the same is hereby, declared Ready for Trial as to Defendants Dominic Smith and La'Fredria Smith.[1]

**IT IS SO RECOMMENDED AND ORDERED,** THIS 24TH DAY OF AUGUST, 2010.

*[signature]*

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

---

[1] Co-defendant Jarrett Turnipseed was certified ready for trial on April 12, 2010. [Doc. 30].

3