

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DOMINIC SMITH and  )<br>LA'FREDRIA SMITH,  )<br>  )<br>Defendants.  ) | CRIMINAL ACTION FILE<br><br>NO. 1:10-CR-102-TCB |

## **ORDER**

This case is currently before the Court on the Report and Recommendation issued by Magistrate Judge Janet F. King [59]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. The Court ADOPTS AS ITS ORDER the Report and Recommendation [59]. Defendant La'Fredria Smith's

motion to suppress [46] and for a Jackson-Denno Hearing [45] are hereby DENIED AS MOOT.

Trial is hereby set to begin November 8, 2010 at 9:30 a.m. in courtroom 1708. Motions in limine shall be filed on or before October 21, 2010 and responses to motions in limine shall be filed on or before October 28, 2010. A pretrial conference is hereby set for November 4, 2010 at 10:00 a.m. in courtroom 1708.

IT IS SO ORDERED this 27th day of September, 2010.

Timothy C. Batten, Sr.
United States District Judge